UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| ONSTREAM MEDIA CORPORATION, | § § § § § § § § § § § § § § | |
| Plaintiff, | | **CIVIL ACTION NO. 6:19-cv-00709-ADA** |
| v. | | |
| LIFESIZE, INC., | | **JURY TRIAL DEMANDED** |
| Defendant. | | |

## **NOTICE OF APPEARANCE**

Defendant Lifesize, Inc., hereby gives notice that Clark Oberembt enters his appearance as attorney of record for Lifesize, Inc., and requests that copies of all notices, orders, and pleadings be served on the undersigned counsel.

1

Date: February 10, 2020                    Respectfully submitted,

                                                By: */s/ Clark Oberembt*
Joseph D. Gray
Texas State Bar No. 24045970
joseph.gray@bakerbotts.com
David B. Weaver
Texas State Bar No. 00798576
david.weaver@bakerbotts.com
Janice L. Ta (pro hac vice to be filed)
Texas State Bar No. 24075138
janice.ta@bakerbotts.com
Clark Oberembt
Texas State Bar No. 24105897
clark.oberembt@bakerbotts.com

**BAKER BOTTS L.L.P.**
98 San Jacinto Blvd #1500
Austin, TX 78701
Telephone: (512) 322-2500
Facsimile: (512) 322-2501

***COUNSEL FOR DEFENDANT***
***LIFESIZE, INC.***

### CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing ("NEF") to the counsel of record who have appeared in this case on behalf of the parties.

                                                /s/ *Clark Oberembt*
Clark Oberembt